# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1311

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Frederick Cooper, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: September 27, 2011
Filed: October 4, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Frederick Cooper appeals the 480-month prison sentence the district court[1] imposed when it granted his motion to reduce his life sentence based on 18 U.S.C. § 3582(c)(2) and Amendment 706 to the United States Sentencing Guidelines. After considering the arguments on appeal, we conclude that the district court did not abuse its discretion in sentencing Cooper:  the record reflects that the court correctly determined the amended Guidelines range, carefully considered 18 U.S.C. § 3553(a) and the applicable Guidelines policy statement, and explained why it chose this

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

particular reduction. <u>See</u> <u>United States v. Burrell</u>, 622 F.3d 961, 963-64 (8th Cir. 2010). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____